# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LANCE PIERRE HOWARD,**

    Plaintiff,

    -vs-                                                                **Case No. 14-CV-1500**

**DAVID WUNDER, et al.,**

    Defendants.

# ORDER

The plaintiff has filed a motion for a court order to have certain documents turned over to him at the Milwaukee Secure Detention Facility (MSDF) as soon as possible. According to the plaintiff, certain documents were lost following his May 20, 2015, transfer from the Sheboygan County Detention Center to MSDF. He asserts that he cannot afford to order copies of the documents. Thus, he seeks a court order to have the defendants provide the documents to him. The plaintiff references a court order directing him to submit a list of documents to the Court.

It is unclear what "list" of documents, and what court order, the plaintiff refers to. The plaintiff is advised that, pursuant to the Scheduling Order, he may request documents from the defendants through discovery

requests.[1]  He may also be able to obtain a legal loan from his institution to obtain the documents.  The plaintiff has not shown that he is entitled to a court order directing the defendants to provide him with documents.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the plaintiff's motion for order (ECF No. 14) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 1st day of June, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**

---

[1] The plaintiff is advised that the way to obtain information during the course of this action is to make discovery requests of the defendants and not from the court. Rules 26 through 37 of the Federal Rules of Civil Procedure describe the various ways in which a party can seek discovery. The plaintiff is advised that he should send his discovery requests to the appropriate defendant's attorney.

The Court only becomes involved in the discovery process if a party fails to respond to interrogatories or requests for production of documents. Then, the other party may file a motion to compel discovery with the court, but only after conferring or attempting to confer with the party failing to make disclosure or discovery in an effort to obtain it without court action. Such an attempt to resolve discovery disputes between parties is required before filing a motion to compel discovery. The motion should describe these efforts. *See* Fed. R. Civ. P 37(a); Civil L. R. 37 (E.D. Wis.).